No. 10–6047. MCCLENDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6055. ARNAIZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6061. DE LA PAZ-RENTAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–6064. PERALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6065. SMITH v. DEPARTMENT OF HOMELAND SECURITY. C. A. D. C. Cir. Certiorari denied.

No. 10–6067. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6071. JOHNSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–6072. THURSTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6081. SIMMONS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6086. DE LEON-ZAMORA, AKA CERVANTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6087. DURAN-BERROA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–6092. ADAME-OROZCO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6093. ZUNIGA-HOLGUIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6098. GARCIA-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6099. FLORES-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.